928

No. 80–5857.  HENDERSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 80–5858.  LANE v. JONES, SHERIFF.  C. A. 5th Cir. Certiorari denied.

No. 80–5860.  ARCENEAUX ET AL. v. TEXACO, INC., ET AL. C. A. 5th Cir.  Certiorari denied.

No. 80–5863.  PACKARD v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 80–5865.  WOFFORD v. HARRIS, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 80–5868.  LEWANDOWSKI v. EGELER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 80–5869.  VASSER v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 80–5871.  VALENTINO v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA (CALIFORNIA, REAL PARTY IN INTEREST).  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 80–5873.  OLIVER v. CUYLER, CORRECTIONAL SUPERINTENDENT, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 80–5874.  PRUITT v. LEEKE, CORRECTIONS COMMISSIONER, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 80–5875.  SHULER v. GARRISON, WARDEN.  C. A. 4th Cir.  Certiorari denied.